UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BRETT THOMAS GREEN, | Case No. 14-CV-0858 (ADM/SER) |
| Plaintiff, | |
| v. | ORDER |
| FARIBAULT MCF NURSE; C.O. IN THE INCIDENT; HEARING OFFICER; and WARDEN OF FARIBAULT MCF, in their individual capacities, | |
| Defendants. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly,

**IT IS HEREBY ORDERED** that:

1. This action be DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

2. **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 26, 2014

                                                s/Ann D. Montgomery
                                                Ann D. Montgomery
                                                U.S. District Judge